**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 27 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAZEN ARAKJI, | No. 18-16587 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-03192-VC |
| v. | |
| GOODWILL OF SILICON VALLEY, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Vince Chhabria, District Judge, Presiding

Submitted July 19, 2021[**]

Before:     SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

Mazen Arakji appeals pro se from the district court's judgment dismissing his action alleging federal and state law employment claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal of an

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

action as frivolous under 28 U.S.C. § 1915(e)(2)(i).  *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).  We affirm.

The district court did not abuse its discretion in dismissing Arakji's action as frivolous because his damages request of $155 billion was unsupported by Arakji's claims.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**